

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00168-CR

**ERIC MOSQUEDA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2013-1757-C2

## O R D E R

The clerk's record in this case, filed on July 10, 2015, consists of two volumes, the second of which contains several sealed documents. Appellant Eric Mosqueda has filed a motion for release of the second volume of the clerk's record so that his counsel can conduct a professional evaluation of the record. Specifically, Mosqueda requests that: (1) this Court order the district clerk to release a copy of Volume Two of the district clerk's record to his counsel; (2) the Court order the release of the documents in electronic form

on condition that his counsel keep the documents confidential; and (3) alternatively, the Court order any other relief it deems appropriate. We grant Mosqueda's motion in part.

The Clerk of this Court is ordered to allow Mosqueda's appellate counsel access to a paper copy of the second volume of the clerk's record for review for the limited purpose of determining whether any meritorious appellate issue can be raised based upon the contents thereof, and if so, to present an issue on appeal related thereto. The attorney is authorized to have access when and as necessary during the Clerk's normal business hours to review the record. The attorney is authorized to view the record multiple times as necessary to fulfill his obligations to his client but should work with the Clerk and the Clerk's staff to facilitate access to the record without undue burden on the attorney or the Clerk and Clerk's staff. The attorney may not make, obtain, or manually transcribe a copy of the record. The attorney may, however, make notes but only as necessary to conduct relevant research and to prepare and present an issue in this appeal regarding the second volume of the clerk's record. Any such notes are hereby ordered to be destroyed no later than when the mandate for this proceeding is issued, whether it is issued by this Court or the Court of Criminal Appeals.

If an issue is presented to this Court regarding the sealed documents in the second volume of the clerk's record, that issue, in its entirety, must be contained in a separate brief. The brief must be completely separate from Mosqueda's primary brief and cannot contain any other issue. The primary brief should reference only the existence of the briefing on the issue. The brief regarding the sealed documents in the second volume of the clerk's record must not be electronically filed and the original and three copies must

be filed only in a paper format even if the primary brief is electronically filed.

The brief regarding the sealed documents in the second volume of the clerk's record must be submitted for filing and served in a separate wrapper clearly marked as being "Submitted under Seal in accordance with the August 27, 2015 order of the Tenth Court of Appeals" on both the wrapper containing the brief and the cover of the original and each copy of the brief. Each copy, including drafts and electronic copies, of the brief retained by appellate counsel must likewise be sealed and covered, or destroyed.

If Mosqueda files an issue on appeal regarding the sealed documents in the second volume of the clerk's record, the attorney representing the State in this appeal is hereby granted access to the second volume of the clerk's record in the same manner as Mosqueda's appellate counsel, and the State's brief in response to Mosqueda's brief regarding the sealed documents in the second volume of the clerk's record must be filed, served, and retained in the same manner as Mosqueda's brief regarding the sealed documents in the second volume of the clerk's record and the State's notes, if any, likewise destroyed when the mandate is issued.

Disclosure of the contents of the second volume of the clerk's record in any form, including briefing, must be accompanied with a copy of this order and is expressly limited to Mosqueda's appellate counsel and necessary assistants, the attorneys representing the State in this appeal and necessary assistants, and members and staff of the Tenth Court of Appeals. Any other disclosure, without specific authorization from this Court, is prohibited and may be punished by contempt of court.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed August 27, 2015
Do not publish

